UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JOHN C. BALLAY                                                CIVIL ACTION

VERSUS                                                        NO. 06-10699

STATE OF LOUISIANA                                            SECTION "A"(1)


**ORDER**

The Court, having reviewed the Report and Recommendation of the United States Magistrate Judge, the objections filed by petitioner, and the state court record in this matter, will approve the Report and Recommendation and adopt it as its opinion in this matter.  The Court recognizes the harsh sentence that petitioner received for a relatively minor offense.  However, the Court can find no legal or factual basis upon which petitioner can rely to overcome the timeliness bar.[1]

Accordingly;

---

[1] The Court makes no finding as to whether the petition, if timely, would present a cognizable federal claim.

1

**IT IS ORDERED** that the petition of John C. Ballay for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** with prejudice.

December 12, 2007

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE